IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SALVADOR S. MARTINEZ,** | ) |
| Petitioner, | ) |
| vs. | ) Civil No.  **13-cv-015-CJP** |
| **WARDEN JAMES N. CROSS,** | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 22), the petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DENIED**.

Judgment is entered in favor of respondent James N. Cross, and against petitioner Salvador S. Martinez.

DATED:    3/12/15

                                          **JUSTINE FLANAGAN**
                                          **Acting Clerk of Court**

                                          **BY:**  s/ Reid Hermann
                                                               **Deputy Clerk**

**Approved:**

**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**